The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JEFFREY MAYFIELD,<br><br>Defendant. | NO. CR19-006 RSL<br><br>~~(PROPOSED)~~<br>PROTECTIVE ORDER |

This matter having come before the Court on a Stipulated Motion for Entry of a Discovery Protective Order, the Court hereby enters the following:

## DISCOVERY PROTECTIVE ORDER

**A.  Definitions**

As used in this Order, the term "Protected Information" means any date of birth, Social Security number, driver's license number, bank account number, credit card number, personal identification number, address, telephone number, name and/or location of employment, criminal history record, background check, victim identity, and/or any other similar information or number implicating a privacy interest of and belonging to an individual, co-defendant, business, partnership, or corporation.

PROTECTIVE ORDER
CR19-006 RSL - 1

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

As used in this Order, the term "Protected Material" means any document or other record containing or reflecting Protected Information.

**B.     Permissible Disclosure of Protected Information and Protected Material**

The United States will make available copies of the Protected Material to defense counsel to comply with the government's discovery obligations. Possession of the Protected Material is limited to defense counsel, his investigators, paralegals, assistants, law clerks, experts, and assistants for the attorney of record ("members of the defense team").

Defense attorneys of record and members of the defense team may display and review the Protected Material with the Defendant. The attorneys of record and members of the defense team acknowledge that providing copies of the Protected Material to the Defendant and other persons is prohibited, and agree not to duplicate or provide copies of Protected Material to the Defendant and other persons. Notwithstanding the terms of this Order, Defendant may possess documents from which all Protected Information has been redacted.

Members of the defense team may review or discuss the contents of documents containing Protected Material with any prospective witness, as long as they do not share the unredacted documents, or share any Protected Information with any prospective witness.

**C.     Filing**

Any Protected Material that is filed with the Court in connection with pre-trial motions, trial, sentencing, or other matter before this Court, shall be filed under seal and shall remain sealed until otherwise ordered by this Court. This does not entitle either party to seal their filings as a matter of course. The parties are required to comply in all respects to the relevant local and federal rules of criminal procedure pertaining to the sealing of court documents.

PROTECTIVE ORDER
CR19-006 RSL - 2

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**D.   Consent to Terms of Protective Order**

The attorney of record for the Defendant is required, prior to disseminating any copies of the Protected Material to permitted recipients, such as other members of the defense teams, to provide a copy of this Protective Order to those permitted recipients, and to obtain the written consent by those recipients of the terms and conditions of this Protective Order. Such written consent shall not, however, be required with respect to members of the defense teams who are employed by the same office as the attorney of record; in such case, it shall be sufficient for the attorney of record to provide a copy of this Protective Order to such other members of the defense teams and to remind them of their obligations under the Order. The written consent need not be disclosed or produced to the United States unless requested by the United States Attorney's Office for the Western District of Washington and ordered by the Court.

**E.   Parties' Reciprocal Discovery Obligations**

Nothing in this order should be construed as imposing any discovery obligations on the government or the defendant that are different from those imposed by case law and Rule 16 of the Federal Rules of Criminal Procedure, and the Local Criminal Rules.

**F.   Modification**

The parties agree that this Protective Order may be modified, as necessary, by filing with the Court a Stipulated Order Modifying the Protective Order, or by other order of the Court.

**G.   Nontermination**

The provisions of this Order shall not terminate at the conclusion of this prosecution. The provisions of this Order shall terminate only by court order.

/
/
/
/
/

PROTECTIVE ORDER
CR19-006 RSL - 3

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**H.  Violation of Protective Order**

The defendant is on notice that should he violate the terms of the protection order, the United States reserves the right to seek appropriate relief from the Court.

DATED this 4th day of March, 2019.

_____
ROBERT S. LASNIK
United States District Court Judge

Presented by:

*/s/ Marie M. Dalton*
MARIE M. DALTON
Assistant United States Attorney

*/s/ Gregory Geist*
GREGORY GEIST
Assistant Federal Public Defender

PROTECTIVE ORDER
CR19-006 RSL - 4